**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR99-116T** **DATE: August 3, 2005**

**TITLE: USA v. Frank Michaels**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Terrence Donnelly, AUSA
Kevin Fitzgerald, Esq.
Dave Borelli, Probation Officer

**PROCEEDINGS:**

Preliminary Probation Violation Hearing:

Deft informed of rights and violations.
Deft understands violations.
Deft requests continuance to 8/9/05 at 11:00 a.m.
Court grants continuance.
Deft remanded to custody.