**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR99-116-01T** **DATE: August 9, 2005**

**TITLE: USA v. Frank Michaels**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Zech Chafee, AUSA
Ed Roy, Esq.
Dave Borelli, USPO

**PROCEEDINGS:**

Probation Violation Hearing:

Court reads violations.
Deft understands violations.
Deft admits violations.
Correction to violation by USPO.
Deft advised of rights.
Deft understands rights.
Govt recommends penalty.
Deft recommends penalty.
Court takes under advisement.
R&R to follow.
Deft remanded to custody.
Marshal to coordinate medical evaluation of Deft's back and report status to the Court.