**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR99-116T** **DATE**: August 25, 2005
**TITLE OF CASE:** USA v. Frank Michaels

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **David Borrelli**

---

**COUNSEL PRESENT**

Government: Zechariah Chafee, AUSA

Defendant: Edward C. Roy, Esq.

---

**PROCEEDINGS:** **Sentencing on Violation**

All counsel of record present. Defendant present. Probation present. Court addresses violations and R&R from Magistrate Judge Almond. No objections to R&R. Court questions probation. Defendant allocutes. Government recommends acceptance of R&R. Court accepts R&R. Court revokes defendant's supervised release and sentences defendant to 66 days incarceration deemed served. Supervised release for 33 months and 14 days. Special conditions: 1. The first 5 months of supervised release to be served in community confinement in a residential, inpatient program for the treatment of substance abuse. Pending placement into such program, defendant to be on home confinement with electronic monitoring. 2. Defendant to submit to up to 72 drug tests per year as approved by U.S. Probation. 3. After discharge from the residential program, defendant to continue with substance abuse counseling and treatment on an inpatient or outpatient basis, as approved by U.S. Probation. 4. Defendant shall participate in outpatient mental health treatment as approved by U.S. Probation. 5. Court reimposes the balance of defendant's outstanding restitution, $1901.00.

Adjourned