**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR99-116-01T** **DATE: September 20, 2005**

**TITLE: USA v. FRANK MICHAELS**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Zech Chafee, AUSA
Kevin Fitzgerald, Esq.
David Borelli, Probation

**PROCEEDINGS:**

Probation Violation Hearing:

Deft informed of violation.
Deft informed of rights.
Deft admits violation.
Court reviews violation to confirm deft understands violation
Deft understands violation
Deft admits violation.
Govt recommends penalty.
Counsel recommends penalty.
Deft addresses the Court.
Court takes under advisement.
R&R to follow.
Govt recommends detention.
Counsel requests bail.
Deft remanded to custody.