433927

RECEIVED
SEP 19 2005
US MARSHALS SERVICE
DISTRICT OF R.I.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

Frank Michaels

**WARRANT FOR ARREST**

CASE NUMBER: CR99-116-01T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Frank Michaels
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

| | |
|---|---|
| Ryan H. Jackson<br>Name of Issuing Officer | Deputy Clerk<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | September 19, 2005<br>Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Providence, RI | | |
| DATE RECEIVED<br>9/19/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Robert D. Young<br>CI DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
| DATE OF ARREST<br>9/20/05 | | |

51

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.