**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. C.R. No. 99-116T

FRANK MICHAELS

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS VIOLATION OF SUPERVISED RELEASE CHARGE**

For reasons stated in open court on December 8, 2005, the Government's Motion to Dismiss the Violation of Supervised Release Charge against Defendant Frank Michaels is hereby granted. The defendant is to continue on the same conditions of supervised release as previously ordered.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 12/13/05